```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       )   1:06-CV-1169 OWW DLB
                                )
            Plaintiff,          )   ORDER AFTER SCHEDULING
                                )   CONFERENCE
      v.                        )
                                )
REAL PROPERTY LOCATED AT 2026 s.)
PLANO STREET, PORTERVILLE,      )
CALIFORNIA, TULARE COUNTY, APN: )
270-110-043, INCLUDING ALL      )
APPURTENANCES AND IMPROVEMENTS  )
THERETO,                        )
                                )
            Defendant.          )
                                )
_____)
```

I.   Date of Scheduling Conference.

   January 18, 2007.

II.  Appearances Of Counsel.

   Stephanie Hamilton Borchers, Esq., Assistant United States Attorney, appeared on behalf of Plaintiff.

   There was no appearance on behalf of Defendant or any claimant.

III. Summary of Pleadings.

   1.   This is an in rem civil forfeiture action.  In its verified complaint for forfeiture in rem, the government alleges that the defendant property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission

1

1  of, a violation of 21 U.S.C. § 841 *et seq.,* and is therefore
2  subject to forfeiture to the United States pursuant to 21 U.S.C.
3  § 881(a)(7).
4      2.   The Defendant real property located at 2026 S. Plano in
5  Porterville, California was posted with copies of the complaint
6  and notice of the complaint on September 19, 2006.  Notice of the
7  forfeiture action was published in the <u>Visalia Times Delta</u> (a
8  newspaper of general circulation), located in the county in which
9  the Defendant real property is located on December 6, 13, 20, and
10 27, 2006.  Upon receipt, the government will file the proof of
11 publication.
12     3.   Luis Barraza Meza was served on or about September 22,
13 2006, with copies of the complaint, notice of complaint,
14 application and order for publication, lis pendens, order setting
15 mandatory scheduling conference, standing order in all civil
16 cases assigned to U.S. District Judge Oliver W. Wanger, notice of
17 availability of Magistrate Judge, and notice of dispute
18 resolution.  To date, there has been no claim filed by or on
19 behalf of Luis Barraza Meza.
20     4.   On that same date, Gladis A. Barraza was served the
21 above-listed documents through her husband, Luis Barraza Meza, a
22 person of suitable age and discretion then residing in the
23 potential claimant's usual place of abode.  On or about November
24 14, 2006, the government further sent the above-listed documents
25 to Gladis A. Barraza via certified mail.  To date there has been
26 no claim filed by or on behalf of Gladis A. Barraza.
27 IV.  Orders Re Amendments To Pleadings.
28     1.   Plaintiff does not anticipate filing any amendments to

the pleadings at this time.

V.   Factual Summary.

    A.   Admitted Facts Which Are Deemed Proven Without Further Proceedings.

        1.   There has been no response to the Complaint, although the two individual potential claimants have been served. Luis Barraza Meza was personally served on or about September 22, 2006.  Gladis A. Barraza was served by substituted service pursuant to the provision of California law as authorized by the Federal Rules of Civil Procedure.

VI.  Legal Issues.

    A.   Uncontested.

        1.   Jurisdiction exists under 28 U.S.C. §§ 1345 and 1355.

        2.   Venue is proper under 28 U.S.C. § 1395.

        3.   The government claims the right to forfeit the property pursuant to 21 U.S.C. § 881(a)(7).

    B.   Contested.

        1.   None at the present time.

VII. Status of the Case.

    1.   Plaintiff will seek a default judgment following expiration of the statutory time after publication.  The Plaintiff shall notify the Court if the Defendants appear in the case.  Otherwise the matter will proceed as a default.

IT IS SO ORDERED.

Dated:   January 26, 2007            /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE