LAWRENCE G. BROWN
Acting United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 2026 S. PLANO STREET, PORTERVILLE, CALIFORNIA, TULARE COUNTY, APN: 270-110-043, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, <br><br> Defendant. | 1:06-CV-01169-OWW-DLB <br><br> **ORDER DISMISSING ACTION PURSUANT TO STIPULATION** |

Pursuant to the stipulation submitted by the parties, this action is ordered dismissed without prejudice.

IT IS SO ORDERED.

Dated:  1/30/2009                          /s/ OLIVER W. WANGER
                                           UNITED STATES DISTRICT JUDGE